IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| JAMES EDWARD EPPS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. **3:07CV264-HEH** |
| | ) | |
| VIRGINIA BEACH CITY JAIL, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM OPINION

By Memorandum Order entered on May 15, 2007, the Court conditionally filed Petitioner's 28 U.S.C. § 2254 petition. On May 30, 2007, the May 15, 2007 Memorandum Order was returned to the Court by the United States Postal Service marked, "UNDELIVERABLE AS ADDRESSED; UNABLE TO FORWARD." Petitioner's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. *See* Fed. R. Civ. P. 41(b). Accordingly, the petition will be DISMISSED WITHOUT PREJUDICE.

It is so ORDERED.

                                                /s/
                                      Henry E. Hudson
                                      United States District Judge

Date: July 6, 2007
Richmond, Virginia